BOISE CITY v. WILSON et al. (Circuit Court of Appeals, Ninth Circuit. March 10, 1902.) No. 699. Appeal from the Circuit Court of the United States for the Central Division of the District of Idaho. C. C. Cavanah, for appellant. Alfred A. Fraser, for appellee. Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

ROSS, Circuit Judge. This cause was submitted to the court below upon the pleadings and an agreed statement of facts, from which it appeared that the assessments for the municipal improvement in question were levied in accordance with what is known as the "front-foot rule"; and the court, being of the opinion that under the decision of the supreme court in the case of Village of Norwood v. Baker, 172 U. S. 269, 19 Sup. Ct. 187, 43 L. Ed. 443, assessments so levied were necessarily invalid, gave the complainants judg-

ment. On the authority of French v. Paving Co., 181 U. S. 324, 21 Sup. Ct. 625, 45 L. Ed. 879, Wight v. Davidson, 181 U. S. 371, 21 Sup. Ct. 616, 45 L. Ed. 900, and similar decisions decided at the same time and reported in the same volume, explaining, if not qualifying, the case of Village of Norwood v. Baker, the judgment is reversed, and cause remanded, with directions to the court below to enter judgment for the defendant.